R. N. Tendai Richards, Esq. (RTR6023)
**WINNE, BANTA, BASRALIAN & KAHN, P.C.**
Court Plaza South – East Wing
21 Main Street, Suite 101
Hackensack, New Jersey 07601
(201) 487-3800
*Attorneys for Defendant,*
*All-Ways Forwarding International, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OTTO TIMES INTERNATIONAL, LTD., a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>DGL GROUP, LTD., a New Jersey corporation; and ALL-WAYS FORWARDING INTERNATIONAL, INC., a New Jersey corporation,<br><br>Defendants. | Civil Action No. 2:24-cv-00824<br><br><br>**CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT, ALL-WAYS FORWARDING INTERNATIONAL, INC.**<br><br>**[FED R. CIV. P. 7.1]** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, All-Ways Forwarding International, Inc. ("All-Ways") files this Corporate Disclosure Statement and respectfully states as follows:

All-Ways is a non-governmental corporate party. All-Ways does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of the party's stock.

                                    **WINNE, BANTA, BASRALIAN & KAHN, P.C.**

                                    By:  s/ R. N. Tendai Richards
                                          R. N. Tendai Richards (RTR6023)

2

                                        **WINNE, BANTA, BASRALIAN & KAHN, PC**
                                        Court Plaza South - East Wing
                                        21 Main Street, Suite 101
                                        Hackensack, New Jersey 07601
                                        (201) 487-3800
                                        (201) 487-8529 Fax
                                        *Attorneys for Defendant,*
                                        *All-Ways Forwarding International, Inc.*

Dated:  April 15,  2024

#888939v1 * 10683-00002