# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| OTTO TIMES INTERNATIONAL, LTD., a foreign corporation,<br><br>                Plaintiff,<br><br>          v.<br><br>DGL GROUP, LTD.,  a New Jersey corporation; and ALL-WAYS FORWARDING INTERNATIONAL, INC., a New Jersey corporation,<br><br>                Defendants. | Case No. 2:24-cv-00824-BRM-JBC<br><br>**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**<br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

      COME NOW all parties hereto, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and their agreements, and hereby stipulate and agree as follows:

      1)      This matter should be dismissed in its entirety, including all claims and crossclaims, without prejudice and without award of costs or attorneys' fees.

      2)      Plaintiff's claims against defendant DGL Group, Ltd. ("DGL") are dismissed without prejudice in accordance with the terms of the settlement agreement between plaintiff and DGL.

      3)      Plaintiff's claims against defendant All-Ways Forwarding International, Inc. ("All-Ways") are dismissed without prejudice, provided that in the event of a default by DGL of the terms of its settlement agreement with plaintiff, plaintiff (1) shall provide All-Ways notice; (2) shall first reasonably attempt and fail to collect from DGL before reinstituting suit against All-Ways; and (3) agrees that all of All-Ways' defenses, which All-Ways may have or may have in the future  are preserved.

4) All-Ways' cross claims against defendant DGL are dismissed without prejudice and in the event that Plaintiff at any time reinstitutes suit against All-Ways, All-Ways' cross claims against DGL, whether now existing or hereafter arising are preserved.

DATED this 30th day of May, 2024

**PRICE MEESE SHULMAN & D'ARMINIO, P.C.**

*s/ William D. Bierman*
William D. Bierman, Esq.
50 Tice Boulevard, Suite 380 Woodcliff Lake, NJ 07677
(201) 391-3737
wbierman@pricemeese.com
*Attorney for Plaintiff OTTO Time International, Ltd.*

**LAW OFFICES OF JASON J. REBHUN, P.C.**

*s/ Jason J. Rebhun*
Jason J. Rebhun
40 Wall Street, Suite 1607, New York, NY 10007
(646) 201-9392
jason@jasonrebhun.com
*Attorney for Defendant DGL Group, Ltd.*

**WINNE, BANTA, BASRALIAN & KAHN, P.C.**

*s/R. N. Tendai Richards*
R. N. Tendai Richards
21 Main Street Court Plaza South
East Wing, Suite 101
Hackensack, New Jersey 07601
(201) 562-1099
trichards@winnebanta.com
*Attorney for Defendant All-Ways Forwarding International, Inc.*

SO ORDERED:

_____
Hon. Brian R. Martinotti, U.S.D.J.