<div align="center">

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

</div>

| | |
|---|---|
| OTTO TIMES INTERNATIONAL, LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> DGL GROUP, LTD., *et al.*, <br><br> *Defendants*. | Civil Action No. 2:24-cv-00824-BRM-JBC <br><br> **NOTICE OF APPEARANCE** |

Kindly enter the appearance of Wendy Chiapaikeo, Esq. as counsel for Plaintiff, OTTO Times International, Ltd. in the above-captioned matter.

<div style="margin-left:50%">

*s/ Wendy Chiapaikeo*
Wendy Chiapaikeo, Esq.
BALLARD SPAHR LLP
700 East Gate Drive, Suite 330
Mount Laurel, NJ 08054
Tel.: 856.761.3400
chiapaikeow@ballardspahr.com

*Attorney for Plaintiff OTTO Times International, Ltd.*

</div>

Dated: April 25, 2025

NG-58S8J20W #4912-8898-8731 v1

2

## CERTIFICATE OF SERVICE

I, Wendy Chiapaikeo, hereby certify that on this day I caused a copy of the foregoing Notice of Appearance to be served via ECF on all counsel.

                                        *s/ Wendy Chiapaikeo*
                                        Wendy Chiapaikeo

Dated: April 25, 2025