**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OTTO TIMES INTERNATIONAL, LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> DGL GROUP, LTD., *et al.*, <br><br> *Defendants*. | Civil Action No. 2:24-cv-00824-BRM-JBC <br><br><br> **SUBSTITUTION OF COUNSEL** |

The undersigned consents to the substitution of Wendy Chiapaikeo, Esq., of Ballard Spahr LLP, as counsel for Plaintiff, OTTO Times International, Ltd. in place of the law firm of Price, Meese, Shulman & D'Arminio, P.C. in the above-captioned matter.

Dated: April 23, 2025

s/ Thomas C. Martin
Thomas C. Martin, Esq.
PRICE, MEESE, SHULMAN &
D'ARMINIO, P.C.
50 Tice Boulevard, Suite 380
Woodcliff Lake, NJ 07677
Tel.: 201-391-3760
tmartin@pricemeese.com

*Withdrawing counsel for Plaintiff*
*OTTO Times International, Ltd.*

Dated: April 23, 2025

s/Wendy Chiapaikeo
Wendy Chiapaikeo, Esq.
BALLARD SPAHR LLP
700 East Gate Drive, Suite 330
Mount Laurel, NJ 08054
Tel.: 856.761.3400
chiapaikeow@ballardspahr.com

*Superseding counsel for Plaintiff*
*OTTO Times International, Ltd.*

Dated: April 23, 2025

s/ William D. Bierman
William D. Bierman, Esq.
PRICE, MEESE, SHULMAN &
D'ARMINIO, P.C.
50 Tice Boulevard, Suite 380
Woodcliff Lake, NJ 07677
Tel.: 201-391-3737
wbierman@pricemeese.com

*Withdrawing counsel for Plaintiff*
*OTTO Times International, Ltd.*