**LAW OFFICES OF JASON J. REBHUN, P.C.**

Attorneys-At-Law
40 Wall Street, Suite 1607
New York, NY 10005
(646) 201-9392
Fax (646) 871-0035
Jason@jasonrebhun.com

Jason J. Rebhun, Esq.*
John A. Borelli, Esq.

*Admitted in NY & NJ

May 9, 2025

Via ECF
Honorable Brian Martinotti, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

       Re: OTTO Times International, Ltd. v. DGL Group, Ltd. et al.
       Civ. Action No. 2:24-cv-00824-BRM-JBC

Dear Judge Martinotti:

    This firm represents Defendant DGL Group Ltd. ("DGL").

    Together with counsel for Plaintiff, DGL respectfully requests that the Court cancel and terminate the call currently scheduled for Monday, May 12, 2025 at 11:30 ([ECF doc. 28](#)). The parties jointly advise the Court that the parties have reached an agreement and the matter which led to Plaintiff's letter of April 29, 2025 ([ECF doc. 27](#)) has been resolved in principle.

    In light of the referenced resolution, Plaintiff withdraws its request to reopen the case, without prejudice.

    We thank the Court for its time and consideration.

                                      Respectfully submitted,

                                      *Jason J. Rebhun*

JJR/